UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 21-30457
                              Judge: Unassigned

vs.

BETHAN KIERCZAK,

        Defendant.
_____/

RYAN PARTICKA
U.S. Department of Justice
211 W. Fort St.
Suite 2001
Detroit, MI 48116
(313) 226-9100
Email: Ryan.Particka@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

SANFORD SCHULMAN
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

APPEARANCE OF COUNSEL ON BEHALF OF BETHANN KIERCZAK

Please take notice that Stefanie Lambert Junttila is appearing as counsel for Defendant Bethan Kierczak.

Respectfully submitted,

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
BETHAN KIERCZAK
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740

October 11, 2021

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Assistant United States Attorney Ryan Particka.

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
BETHAN KIERCZAK
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740