UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                  Hon. David M. Lawson
                                                      Crim Case No. 21-20644

Bethann Kierczak,

    Defendant.
_____/

## Stipulation to Adjourn Sentencing

The Court has scheduled sentencing for October 13, 2022.

The defendant now requests a continuance to allow more time for completion of the pre-sentence interview and Report in light of summer scheduling conflicts, and a recent move. The government does not object to a continuance.

    IT IS SO STIPULATED.

                                                                    Respectfully submitted,

| /s/Ryan A. Particka | /s/Stefanie Lambert Junttila |
|---|---|
| Assistant United States Attorney | Stefanie Lambert Junttila |
| 211 W. Fort Street, Suite 2001 | Counsel for Defendant |
| Detroit, MI 48226 | 500 Griswold Street, Ste. 2340 |
| Ryan.particka@usdoj.gov | Detroit, MI 48226 |
| (313) 226-9635 | attorneystefanielambert@gmail.com |
| | (313) 963-4740 |

Dated: August 3, 2022