UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                          Case No. 2:21−cr−20644−DML−APP
                                              Hon. David M. Lawson

Bethann Kierczak,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Bethann Kierczak

The defendant(s) shall appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: August 11, 2022 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/S. Pinkowski
                                                              Case Manager

Dated: August 10, 2022